# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARK STINSON**  **PLAINTIFF**
Reg. #29908-076

v.  CASE NO. 2:21-CV-000025-BSM

**JOHN P . YATES, Warden,**
**Forrest City FCC**  **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 3] has been received. After carefully reviewing the record, the RD is adopted. Mark Stinson's habeas petition [Doc. No. 1] is denied, and this case is dismissed without prejudice. A certificate of appealabilty is denied. 28 U.S.C. §2553(c)(1)-(2).

IT IS SO ORDERED this 19th day of April, 2021.

UNITED STATES DISTRICT JUDGE