IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK STINSON**  **PLAINTIFF**
Reg. #29908-076

v.  CASE NO. 2:21-CV-000025-BSM

**JOHN P. YATES, Warden,**
**Forrest City FCC**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of April, 2021.


_____
UNITED STATES DISTRICT JUDGE